# In the United States Court of Federal Claims

No. 02-1936 T
(Filed February 17, 2005)

*******************************
GUARDIAN INDUSTRIES CORP. *
AND SUBSIDIARIES, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

## ORDER

Currently pending in this case are plaintiff's and defendant's cross-motions for summary judgment. The final brief, Defendant's Response to Plaintiff's Supplemental Submission in Support of Plaintiff's Motion for Summary Judgment, was filed on December 3, 2004. On February 16, 2005, a telephone inquiry from the office of plaintiff's counsel was made regarding whether oral argument would be scheduled. Given the extensive written presentations by counsel and discussion at prior hearings, scheduling oral argument was not contemplated. However, if counsel considers it advisable to present oral argument, one will be scheduled. The assistance of counsel in reaching a resolution of this matter is most appreciated.

Accordingly, it is **ORDERED**:

(1) If counsel for either party seeks to present oral argument on the pending dispositive motions, he shall confer with opposing counsel and determine a date(s) in the near future, when both can be available;

(2) If argument is to be scheduled, counsels' availability date(s) shall be reported to Ms. Eddins, (202)357-6612.

s/ James F. Merow

James F. Merow

Senior Judge