**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 02-1936 T**
**(Judge Merow)**

**GUARDIAN INDUSTRIES CORP. AND SUBSIDIARIES,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**JOINT STATUS REPORT**

Pursuant to the Court's Opinion and Order of March 31, 2005, Plaintiff, Guardian Industries Corp. and Subsidiaries, files this Status Report on behalf of both itself and Defendant, the United States of America.

1. In its March 31, 2005 Order (the "Order"), this Court granted Plaintiff's Motion for Summary Judgment, dated May 13, 2003, and denied Defendant's Cross-Motion for Summary Judgment, dated January 7, 2004.

2. The Order also instructed counsel for the parties to confer and to reach agreement with respect to the overpayment amount resulting from the Court's resolution of the legal issue as reflected in the Opinion and Order. Absent such agreement, the Court instructed counsel to file status reports, on or before May 3, 2005, indicating the further proceedings, if any, required to obtain final resolution as to the amount of the recovery.

3. Since the time the Order was issued, counsel for Plaintiff and counsel for Defendant have conferred regarding the overpayment and have begun the process of preparing a stipulation concerning the amount of that overpayment.

4. Counsel for Defendant has represented to counsel for Plaintiff that Defendant

needs additional time to seek Internal Revenue Service input with respect to the calculation of the overpayment. Counsel for Defendant also has represented that Defendant expects to receive this input within thirty days from the date of this status report.

5. Based on the foregoing, the parties request that the Court issue an order which sets as June 3, 2005 the date for filing of a stipulation as to the amount of the overpayment at issue (or, in the alternative, a further status report).

Respectfully submitted,

May 3, 2005______
Date

/s/______________________________
A. DUANE WEBBER
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7040
Attorney for Plaintiff

GEORGE M. CLARKE III
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7068
Of Counsel