# In the United States Court of Federal Claims

No. 02-1936 T
(Filed May 3, 2005)

******************************
GUARDIAN INDUSTRIES CORP. *
AND SUBSIDIARIES, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**

On May 3, 2005, a Joint Status Report was filed. Parties request a court order setting June 5, 2005, as the deadline for either a stipulation as to the amount of the overpayment at issue or for a further status report.

Accordingly, it is **ORDERED** that parties shall file either a stipulation as to the amount of the overpayment at issue or a status report on or before June 6, 2005.

s/ James F. Merow
James F. Merow
Senior Judge