# In the United States Court of Federal Claims

No. 02-1936 T
(Filed June 27, 2005)

*******************************
GUARDIAN INDUSTRIES CORP. *
AND SUBSIDIARIES, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

## ORDER

On June 27 2005, a Joint Status Report was filed. Parties request a court order setting July 27, 2005, as the date for filing a stipulation as to the amount of the overpayment at issue.

Accordingly, it is **ORDERED** that parties shall file a stipulation as to the amount of the overpayment at issue on or before July 27, 2005.

s/ James F. Merow
James F. Merow
Senior Judge