**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 02-1936 T**
**(Judge Merow)**

**GUARDIAN INDUSTRIES CORP. AND SUBSIDIARIES,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**JOINT STATUS REPORT**

Pursuant to the Court's Opinion and Order of March 31, 2005 and the Court's Order of June 27, 2005, Plaintiff, Guardian Industries Corp. and Subsidiaries, files this Status Report on behalf of both itself and Defendant, the United States of America.

1. In its March 31, 2005 Opinion and Order (the "Opinion and Order"), this Court granted Plaintiff's Motion for Summary Judgment, dated May 13, 2003, and denied Defendant's Cross-Motion for Summary Judgment, dated January 7, 2004.

2. The Opinion and Order also instructed counsel for the parties to confer and to reach agreement with respect to the overpayment amount resulting from the Court's resolution of the legal issue as reflected in the Opinion and Order. Absent such agreement, the Court instructed counsel to file status reports, on or before May 3, 2005, indicating the further proceedings, if any, required to obtain final resolution as to the amount of the recovery. The parties filed Joint Status Reports on May 3, 2005, June 6, and June 27, 2005.

3. In response to the Joint Status Report filed by the parties on June 27, 2005 (the "June 27 Status Report"), the Court issued an Order in which the Court instructed counsel to file, on or before July 27, 2005, a stipulation as to the amount of the overpayment at issue.

4. In the June 27 Status Report, the parties referenced a draft Status Report and Stipulation of Fact Regarding Amount of Entry of Judgment, which set forth the amount of the overpayment of tax at issue as computed by Plaintiff and verified by Defendant (subject to one question). The parties agreed at that time that the only outstanding question relating to this matter concerned the amount of the final assessment of income tax by the Luxembourg Government with respect to GIE (the parent company of the Luxembourg Group).

5. Plaintiff now has received (and provided to Defendant) a copy of the final assessment of income tax issued by the Luxembourg Government to GIE, which shows a final assessment of 3,464,134 Euros ($3,441,856 when translated at the appropriate exchange rates). This represents an increase of $373,150 over the amount of the Luxembourg income tax reflected in the computations that Plaintiff previously submitted to Defendant. Defendant is verifying the conversion of the Luxembourg income tax liability from Euros to dollars and the effect, if any, of the increase in the tax liability on the computations. Defendant anticipates that it will require some time to complete this review. Petitioner believes that the incremental steps required to verify the amount of the Luxembourg income tax as converted to a United States dollar amount, based on the information provided by Petitioner, can be completed within 30 days.

6. Based on the foregoing, the parties request that the Court issue an order which sets as August 26, 2005, the date for filing a stipulation as to the amount of the overpayment at issue or another status report.

Respectfully submitted,

July 27, 2005
Date

/s/ A. Duane Webber

A. DUANE WEBBER
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7040
Attorney for Plaintiff

GEORGE M. CLARKE III
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7068
Of Counsel