**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 02-1936 T**
**(Judge Merow)**

**GUARDIAN INDUSTRIES CORP. AND SUBSIDIARIES,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**JOINT STATUS REPORT**

Pursuant to the Court's Opinion and Order of March 31, 2005 and the Court's Order of July 28, 2005, Plaintiff, Guardian Industries Corp. and Subsidiaries, files this Status Report on behalf of both itself and Defendant, the United States of America.

1. In its March 31, 2005 Opinion and Order (the "Opinion and Order"), this Court granted Plaintiff's Motion for Summary Judgment, dated May 13, 2003, and denied Defendant's Cross-Motion for Summary Judgment, dated January 7, 2004.

2. The Opinion and Order also instructed counsel for the parties to confer and to reach agreement with respect to the overpayment amount resulting from the Court's resolution of the legal issue as reflected in the Opinion and Order. Absent such agreement, the Court instructed counsel to file status reports, on or before May 3, 2005, indicating the further proceedings, if any, required to obtain final resolution as to the amount of the recovery. The parties filed Joint Status Reports on May 3, 2005, June 6, 2005, June 27, 2005, and July 27, 2005.

3. In response to the Joint Status Report filed by the parties on July 27, 2005 (the "July 27 Status Report"), the Court issued an Order in which the Court instructed counsel to file,

on or before August 26, 2005, a stipulation as to the amount of the overpayment at issue or another status report.

4. In the July 27 Status Report, the parties referenced a draft Status Report and Stipulation of Fact Regarding Amount of Entry of Judgment, which set forth the amount of the overpayment of tax at issue as computed by Plaintiff and verified by Defendant (subject to one question). The parties agreed at that time that the only outstanding question relating to this matter concerned the amount of the final assessment of income tax by the Luxembourg Government with respect to GIE (the parent company of the Luxembourg Group).

5. Plaintiff has received (and provided to Defendant) a copy of the final assessment of income tax issued by the Luxembourg Government to GIE, which shows a final assessment of 3,464,134 Euros ($3,441,856 when translated at the appropriate exchange rates). This represents an increase of $373,150 over the amount of the Luxembourg income tax reflected in the computations that Plaintiff previously submitted to Defendant. Defendant has identified specific Internal Revenue Service ("IRS") personnel who are responsible for verifying the conversion of the Luxembourg income tax liability from Euros to dollars and the effect, if any, of the increase in the tax liability on the computations. Counsel for Plaintiff has attempted to contact such personnel to begin the process of confirming the calculations. Counsel for Plaintiff has also identified specific personnel of Plaintiff who will work with the IRS personnel, through counsel, to bring this matter to closure.

6. Counsel for Defendant is involved in a three week trial beginning on September 6, 2005. Although Plaintiff's interaction with IRS personnel to verify the revised calculation of Plaintiff's overpayment can proceed in the interim, counsel for Defendant will not be able to devote significant resources to this matter until the end of this three week period.

7. Counsel for Plaintiff and counsel for Defendant regret that this status report is untimely.

8. Based on the foregoing, the parties request that the Court issue an order which sets as September 30, 2005, the date for filing a stipulation as to the amount of the overpayment at issue or another status report.

Respectfully submitted,

August 30, 2005
Date

/s/ A. Duane Webber

A. DUANE WEBBER
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7040
Attorney for Plaintiff

GEORGE M. CLARKE III
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7068
Of Counsel