# In the United States Court of Federal Claims

No. 02-1936 T
(Filed August 30, 2005)

| | |
|---|---|
| ****************************** | |
| GUARDIAN INDUSTRIES CORP. | * |
| AND SUBSIDIARIES, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ****************************** | |

**ORDER**

On August 30, 2005, a Joint Status Report was filed. Parties request a court order setting September 30, 2005, as the date for filing a stipulation as to the amount of the overpayment at issue or another status report.

Accordingly, it is **ORDERED** that parties shall file a stipulation as to the amount of the overpayment at issue or another status report on or before September 30, 2005.

s/ James F. Merow
James F. Merow
Senior Judge