**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 02-1936 T**
**(Judge Merow)**

**GUARDIAN INDUSTRIES CORP. AND SUBSIDIARIES,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**JOINT STATUS REPORT**

Pursuant to the Court's Opinion and Order of March 31, 2005 and the Court's Order of August 30, 2005, Plaintiff, Guardian Industries Corp. and Subsidiaries, files this Status Report on behalf of both itself and Defendant, the United States of America.

1. In its March 31, 2005 Opinion and Order (the "Opinion and Order"), this Court granted Plaintiff's Motion for Summary Judgment, dated May 13, 2003, and denied Defendant's Cross-Motion for Summary Judgment, dated January 7, 2004.

2. The Opinion and Order also instructed counsel for the parties to confer and to reach agreement with respect to the overpayment amount resulting from the Court's resolution of the legal issue as reflected in the Opinion and Order. Absent such agreement, the Court instructed counsel to file status reports, on or before May 3, 2005, indicating the further proceedings, if any, required to obtain final resolution as to the amount of the recovery. The parties filed Joint Status Reports on May 3, 2005, June 6, 2005, June 27, 2005, July 27, 2005, and August 30, 2005.

3. In response to the Joint Status Report filed by the parties on August 30, 2005 (the "August 30 Status Report"), the Court issued an Order in which the Court instructed counsel to

file, on or before September 30, 2005, a stipulation as to the amount of the overpayment at issue or another status report.

4. Counsel for Plaintiff and counsel for Defendant have conferred and have agreed on the amount of the final assessment of income tax by the Luxembourg Government. Given this agreement, counsel for Defendant has scheduled a conference call with Internal Revenue Service personnel to verify the amount of the overpayment in this case. This call is tentatively scheduled for October 11, 2005 and counsel for Defendant expects that he will be able to stipulate to the amount of the overpayment on that date or shortly thereafter.

7. Counsel for Plaintiff and counsel for Defendant regret that this status report is untimely.

8. Based on the foregoing, the parties request that the Court issue an order which sets as October 17, 2005, the date for filing a stipulation as to the amount of the overpayment.

Respectfully submitted,

October 7, 2005
Date

/s/ A. Duane Webber
A. DUANE WEBBER
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7040
Attorney for Plaintiff

GEORGE M. CLARKE III
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7068
Of Counsel