# In the United States Court of Federal Claims

No. 02-1936 T
(Filed October 11, 2005)

| | |
|---|---|
| GUARDIAN INDUSTRIES CORP. AND SUBSIDIARIES, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On October 7, 2005, a Joint Status Report was filed. Parties request a court order setting October 17, 2005, as the date for filing a stipulation as to the amount of the overpayment at issue.

Accordingly, it is **ORDERED** that parties shall file a stipulation as to the amount of the overpayment on or before October 17, 2005.

s/ James F. Merow
James F. Merow
Senior Judge