**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 02-1936 T**
**(Judge Merow)**

**GUARDIAN INDUSTRIES CORP. AND SUBSIDIARIES,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**STIPULATION OF FACT**
**REGARDING AMOUNT OF ENTRY OF JUDGMENT**

Pursuant to the Court's order and opinion of March 31, 2005, the parties jointly file this Stipulation of Fact Regarding Amount of Entry of Judgment.

Based upon the results of the recomputation of plaintiff's tax liability for the years in suit as determined by the Court's rulings, the parties recommend that the Court issue an order directing the Clerk to enter a judgment providing as follows:

1. Plaintiff shall be entitled to overpayments in the amount of $2,729,268 for the tax period ending December 31, 2001.

2. Statutory interest, as provided by law, shall be applied to any overpayment of tax.

3. Each party shall bear its own costs, including any applicable attorney's fees.

4. Defendant reserves its right to appeal any judgment entered in this case; execution of this stipulation is <u>not</u> a waiver of any rights otherwise held by defendant.

Respectfully submitted,

October 17, 2005
Date

/s/ A. Duane Webber____________________
A. DUANE WEBBER, Esq.
Baker & McKenzie
815 Connecticut Ave., NW
Washington, DC 20006-4078
(202) 452-7040
Attorney for Plaintiff

October 17, 2005
Date

/s/ Stuart J. Bassin______________________
STUART J. BASSIN, Esq.
By GEORGE M. CLARKE III, Esq. (Baker & McKenzie LLP)
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief
Of Counsel

Attorneys for Defendant