# In the United States Court of Federal Claims

**No. 02-1936 T**

**GUARDIAN INDUSTRIES CORP. AND SUBSIDIARIES,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Order, filed October 21, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States for overpayments the sum of $2,729,268.00 for the tax period ending December 31, 2001. Statutory interest, as provided by law, shall be applied to any overpayment of tax. Each party shall bear its own costs, including any applicable attorney's fees.

Brian Bishop
Clerk of Court

**October 24, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.