United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

November 29, 2005

Allen Duane Webber, Esq.
Baker & McKenzie
815 Connecticut Avenue, NW
Suite 900
Washington, DC 20006-4078

In re: Guardian Industries Corp. And Subsidiaries v. United States,
No. 02-1936 T

Dear Mr. Webber:

I forward herewith a certified transcript of the judgment, dated October 24, 2005, in the above-entitled case.

I have forwarded to the Tax Division of the Department of Justice, on this date, a certified copy of the judgment and it is expected that payment of this judgment will be made by the defendant pursuant to Section 2411 of Title 28, United States Code, and 26 CFR 301.6402-2(f)(2).

Very truly yours,

Lisa L. DeFade
Chief Deputy Clerk of Operations

Enclosure