# United States Court of Appeals for the Federal Circuit

FILED
APR 16 2007
U.S. COURT OF
FEDERAL CLAIMS

2006-5058

GUARDIAN INDUSTRIES CORP. AND SUBSIDIARIES

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## Judgment

***ON APPEAL from the*** United States Court of Federal Claims

***in CASE NO(S).*** 02-CV-1936

***This CAUSE having been heard and considered, it is***

***ORDERED and ADJUDGED:***

AFFIRMED

***ENTERED BY ORDER OF THE COURT***

***DATED*** FEB 23 2007

Jan Horbaly

*Jan Horbaly, Clerk*

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: C Smith Date: 5/9/07

ISSUED AS A MANDATE: APR 16 2007