**U.S. Department of Justice**

Tax Division

RECEIVED
DEC 19 2007
U.S. COURT OF FEDERAL CLAIMS

*Washington, D.C. 20530*

RTM:DDG:WEThompson:wet
154-1946
CMN 2003101727

December 17, 2007

Honorable Brian Bishop
Clerk, United States Court
of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Re: Guardian Industries Corp. and Subsidiaries v. United States
<u>Federal Claim No. 02-1936 T</u>

Dear Mr. Bishop:

We have forwarded the refund check issued in satisfaction of the Judgment in the above-entitled case to plaintiffs' counsel, principal of $2,729,268.00, and interest of $598,016.24, totaling $3,327,284.24.

Kindly see that the Judgment is marked satisfied.

Sincerely yours,

RICHARD T. MORRISON
Acting Assistant Attorney General
Tax Division

By: David D. Gustafson

DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section

Enclosure